FRIEDA ENGLBERGER, an Infant, by CHARLES ENGLBERGER, Her Guardian ad Litem, et al., Respondents, *v.* EUGENE HULSE, Doing Business as BELLPORT SANITARY LAUNDRY, Defendant, and FREDERICK GRONHOLZ, Appellant.

Argued June 18, 1941; decided July 29, 1941.

*Robert H. Elder, Otho S. Bowling* and *Adolph Waxenbaum* for appellant.

*Louis E. Schwartz* and *Abraham L. Singer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.